**Order entered August 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01479-CR
### No. 05-14-01480-CR

## MARCUS STEVE MCCLARITY, JR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F10-56375-R, F14-56269-R

## ORDER
Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in these appeals **INSTANTER**.

/s/    ROBERT M. FILLMORE
           JUSTICE